IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE AMIR VILLALTA,<br><br>   Defendant. | **UNDER SEAL**<br><br>No. 1:24-mj-258 (WEF) |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Joseluis Felipe Ayala, being duly sworn, depose and state the following:

**INTRODUCTION**

1. This affidavit is submitted in support of a criminal complaint and arrest warrant charging JOSE AMIR VILLALTA, also known as Meer and/or Slutty (VILLALTA), with conspiracy to distribute 400 hundred grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841 and 846.

2. I have been employed as a Special Agent with the FBI since December of 2022, where I am assigned to squad CR-3 at the Washington Field Office (WFO). Since April of 2023, I have been working on federal narcotics investigations, and I have participated in several investigations leading to the arrest and conviction of narcotics distributors. Since 2022, I have received training and have experience in interviewing and interrogation techniques, arrest

procedures, search and seizure, and the investigation of federal crimes, including narcotics offenses.  During the course of my training and experience, I have become familiar with the methods and techniques associated with the importation and distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies.  In the course of conducting these investigations, I have been involved in the use of various investigative techniques, including the interviewing informants and cooperating witnesses; conducting physical surveillance; supporting undercover operations; consensual monitoring and recordings of both telephonic and other communications; analyzing telephone pen registers and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing search and arrest warrants leading to the seizures of narcotics, firearms, and other contraband.

3. This affidavit is based upon my knowledge of the investigation of VILLALTA, information provided to me by other agents of the FBI, law enforcement officials from various other agencies, including the Arlington County Police Department (ACPD), and my review of documents and records, physical surveillance, and other information gathered during this investigation.  Because this affidavit is being submitted for the limited purpose of enabling this Court to make a judicial determination of probable cause to issue arrest warrants, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish the legal basis for the issuance of the arrest warrants.

4. Based on my training, experience, and the facts set forth in this affidavit, I believe there is probable cause to believe that VILLALTA has conspired with others to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propenamide, known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841 and 846., as well as other federal criminal statutes not specifically charged in this complaint.

## FACTS SUPPORTING PROBABLE CAUSE

5.  On March 20, 2024, Arlington County Police Department (ACPD) arrested Jonathan ORDOÑEZ on state charges, including for possession with the intent to distribute (PWID) fentanyl, among other charges. ORDOÑEZ was held without bond in the Arlington County Detention Center since his arrest. On June 27, 2024, a federal complaint was signed in the Eastern District of Virginia charging ORDONEZ with conspiracy to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841 and 846 (No. 1:24-mj-251 – Under Seal). As detailed in the affidavit submitted in support of that complaint, ORDONEZ was arrested by ACPD outside his residence in Arlington County, Virginia, in the Eastern District of Virginia, in possession of a Glock semi-automatic pistol. A search of his residence resulted in the seizure of fentanyl pills, drug paraphernalia, two additional firearms, and ammunition.

6.  Pursuant to a Virginia state search warrant obtained on March 25, 2024, ACPD downloaded the seized phone recovered from ORDOÑEZ. During the review of the downloaded phone data, several conversations, photographs, and videos were discovered indicative of narcotics trafficking. An individual referred to as "Meer" in chat conversations was identified as someone believed to have been helping ORDOÑEZ obtain supplies of narcotics. As noted in paragraph 9 below, "Meer" in these chats was identified as VILLALTA. The following chats are excerpts and are not represented in their entirety:

7.      VILLALTA exchanged the following messages with ORDOÑEZ on March 16, 2024 (*see* Figure 1 below), at the approximate times listed in Universal Time minus four hours (UTC – 4).  Based on my training, experience, and the investigation to date, this conversation concerned VILLALTA chatting with ORDOÑEZ about obtaining a resupply of fentanyl pills from an unidentified co-conspirator referred to as "Los," who is believed to be located in California.  VILLALTA stated that Los will set a good price if VILLALTA and ORDOÑEZ invest in "10," which, I believe, given the context of the conversation, is a reference to 10,000 fentanyl pills.  Based on my training and experience, I know that narcotics distributors will typically provide lower prices on their merchandise for wholesale customers.  VILLALTA informed ORDOÑEZ that these "joints," a reference to fentanyl pills, are priced high due to their production in Mexico being halted in response to a high rate of deaths.  VILLALTA explained this to ORDOÑEZ in an effort to convince him (ORDOÑEZ) to invest in 10,000 pills.

| **DATE/TIME** | **VILLALTA** | **ORDOÑEZ** |
|---|---|---|
| 3/16/2024 5:36:08 PM | Pa I'm telling you los not trynna sell nothing less den 10 | |
| 3/16/2024 5:36:13 PM | He sayin get 10 | |
| 3/16/2024 5:36:18 | To get nice price | |
| 3/16/2024 5:38:12 PM | Cro he not lying I went to all his plugs | |
| 3/16/2024 5:38:16 PM | These Joints high rn | |
| 3/16/2024 5:38:19 PM | Mexico put a stop | |
| 3/16/2024 5:38:26 PM | Cuz yo many Niccas dying | |

FIGURE 1: Chat conversation between VILLALTA and ORDOÑEZ

8.     VILLALTA exchanged the following messages with ORDOÑEZ on March 16, 2024 (*see* Figure 2 below), at the approximate times listed in Universal Time minus four hours (UTC – 4). Based on my training, experience, and the investigation to date, ORDOÑEZ was telling VILLALTA in this exchange to tell Los that a debt has still not been cleared. ORDOÑEZ asked VILLALTA to ask Los if he (Los) can give something to compensate for the debt. ORDOÑEZ told VILLALTA to ask Los for "2-3 Ks," a reference to two or three thousand fentanyl pills.

| DATE/TIME | VILLALTA | ORDOÑEZ |
| --- | --- | --- |
| 3/16/2024 11:04:52 PM | | What does he not understand regardless if he got them or not HE OWES THAT SHIT!!!!!! If he fucked up or not is not our problem just like If I was fucked up it's not his |
| 3/16/2024 11:05:05 PM | | I was on my ass for a month because of that L onna 8.5k bruh |
| 3/16/2024 11:05:47 PM | | Just see if he can give u something for that L |
| 3/16/2024 11:05:52 PM | | Like 2-3 Ks |

FIGURE 2: Chat Conversations between VILLALTA and ORDOÑEZ

9.     VILLALTA exchanged the following messages with ORDOÑEZ on March 17, 2024 (*see* Figure 3 below), at the approximate times listed in Universal Time minus four hours (UTC – 4). Based on my training, experience, and the investigation to date, VILLALTA was negotiating a narcotics re-supply with ORDOÑEZ from Los. The references to "66" and "10 pac" in the conversations are VILLALTA informing ORDOÑEZ that the price per pill was set at

$0.66 cents if 10,000 pills were purchased. VILLALTA provided his (VILLALTA's) full name and date of birth for the purpose of having money sent to him (VILLALTA) to obtain the re-supply of narcotics. In response, ORDOÑEZ sent a receipt for a money remittance (*see* Figure 4) in the amount of $2,316 USD in VILLALTA's full name, with California as the listed destination.

| **DATE/TIME** | **VILLALTA** | **ORDOÑEZ** |
|---|---|---|
| 3/17/2024 4:05:47 AM | Ite cro I think I got em to do dat 66 for 10 pac | |
| 3/17/2024 4:09:40 AM | | I'm just trynna get some of what I lost back baby |
| 3/17/2024 4:09:48 AM | | On top of what I cop |
| 3/17/2024 4:40:07 AM | Said he'll go 66 nd call it even | |
| 3/17/2024 4:40:10 AM | If we get 10 | |
| 3/17/2024 8:22:05 PM | Amir Jose Villalta 11-13-2001 | |
| | | (*See* Figure 4) |

FIGURE 3: Chat conversation between VILLALTA and ORDOÑEZ



FIGURE 4: Photo sent by ORDOÑEZ to VILLALTA

10.     VILLALTA exchanged the following messages with ORDOÑEZ on March 19, 2024 (*see* Figure 5 below), at the approximate times listed in Universal Time minus four hours (UTC – 4).  Based on my training, experience, and the investigation to date, VILLALTA was asking ORDOÑEZ to have $200 USD ready for VILLALTA to prepare and send a narcotics shipment to the Washington, D.C. metropolitan area. "Blue" was a reference to ORDOÑEZ confirming that the narcotics are fentanyl, because fentanyl pills are typically blue in color and often referred to as "blues."  VILLALTA then told ORDOÑEZ that they are short $200 plus the expenses needed to acquire the gear to ship the narcotics.

7

| DATE/TIME | VILLALTA | ORDOÑEZ |
|---|---|---|
| 3/19/2024 3:56:27 PM | Have that $200 ready too pa | |
| 3/19/2024 5:36:55 PM | | They |
| 3/19/2024 5:36:56 PM | | Blue |
| 3/19/2024 5:36:59 PM | | Right |
| 3/19/2024 8:08:15 PM | We short do pa $200 | |
| 3/19/2024 8:08:26 PM | Plus all tha gear I gotta get to ship it | |

FIGURE 5: Chat conversation between VILLALTA and ORDOÑEZ

11. ACPD acquired tracking data on phone number 571-263-8694 pursuant to a Virginia state search warrant signed on April 3, 2024, which was the phone number that VILLALTA was using when communicating with ORDOÑEZ. Based on the historical cell-site tracking data on 571-263-8694, the mobile device associated with VILLALTA's phone number traveled from the vicinity of the Washington, D.C. metropolitan area to the vicinity of Los Angeles, California, on or about March 15, 2024. The FBI served multiple airlines with administrative subpoenas requesting information on VILLALTA. In response, United Airlines provided information indicating that VILLALTA flew from Los Angeles to the Washington, D.C. area, departing on or about April 1, 2024, and arriving at Dulles International Airport on or about April 2, 2024.

12. On April 5, 2024, the United States Secret Service (USSS) arrested VILLALTA in Washington, D.C., on a number of charges. At about 4:00 a.m. that morning, uniformed Secret Service officers observed VILLALTA apparently passed out in a car, having been smoking marijuana. During the encounter with the Secret Service officers, VILLALTA

attempted to flee in his car, despite numerous commands by the officers to stop. After crashing into a curb, VILLALTA was arrested. Pursuant to a search incident to that arrest, the USSS officers seized a white piece of paper with a green leafy substance from VILLALTA's front right coin pocket and approximately $1,012.05 in cash from his front left pocket. During a subsequent search of the car, a 2005 Toyota Corolla, VA Tag WLV7007, registered to Jose Osmin Villalta, the USSS seized a plastic bag containing what appeared to be about 500 blue pills and a plastic bag containing what appeared to be about 100 blue pills, a small bag containing what appeared to be powdered cocaine, a blue cell phone, a black cell phone, a digital scale, and Ziploc bags. Field tests of the blue pills and white powder were positive for fentanyl and cocaine, respectively. Based on the evidence found in the car, VILLALTA was charged in Washington, D.C., with possession with intent to distribute a controlled substance and numerous other offenses related to his attempt to flee from the officers. After the suspected narcotics were processed as evidence, there were a total of 922 suspected fentanyl pills seized from one bag (along with fragments), and 199 suspected fentanyl pills seized from the second bag. The pills were consistent in shape and color, marked with an "M" bounded by a square on one side, and "30" on the other side (*see* Figure 6), which is also consistent with the types of counterfeit prescription pills containing fentanyl frequently seized by law enforcement and displayed in photos from VILLALTA's phone (*see* Figure 8, below).





FIGURE 6: Pills Seized from VILLALTA

13.     Pursuant to a Virginia state search warrant signed on April 22, 2024, ACPD downloaded the seized phone recovered from VILLALTA by the USSS.  During the review of the downloaded phone data, several conversations, photographs, and videos were discovered indicative of narcotics trafficking.  The following chats have been identified. The following chats are excerpts and not represented in their entirety:

14. VILLALTA exchanged the following messages with an unidentified co-conspirator referred to as "Los" on February 24 through 29, 2024 (*see* Figure 7 below), at the approximate times listed in Universal Time minus five hours (UTC – 5). Based on my training, experience, and the investigation to date, VILLALTA asked Los when the next shipment of narcotics would be available, and Los responded by sending a photo of a clear bag containing pressed blue pills. VILLALTA then told Los "we" were unable to invest in Los's shipment due to a bad financial situation. Los told VILLALTA to let him (Los) know when VILLALTA is able to invest in narcotics, and Los further stated that he (Los) will sell narcotics locally to compensate for "3" that Los owes VILLALTA and ORDOÑEZ, a reference to a prior debt (*see* Figure 2). Based on my training, experience, and this investigation, the reference to "three" is most likely 3,000 fentanyl pills that Los owes VILLALTA and ORDOÑEZ. VILLALTA complained to Los for the lack of concealment regarding the shipments of narcotics. VILLALTA stated that this is why the packages were being seized, because once the box was open, the narcotics were clearly visible along with the filler material, in this case referred to as toys.

| DATE/TIME | VILLALTA | LOS |
|---|---|---|
| 2/24/2024 6:16:04 AM | Hit me LMk when u up | |
| 2/29/2024 4:00:14 PM | | (*See* Figure 8) |
| 2/29/2024 4:00:47 PM | They look good | |
| 2/29/2024 4:43:26 PM | We jhi hit pa | |
| 2/29/2024 4:43:34 PM | Can't invest | |
| 2/29/2024 4:43:40 PM | Tha way my money is rn | |
| 2/29/2024 5:45:17 PM | | Fs fuck it just lmk wen so we can get ball rolling |

11

| | | |
|---|---|---|
| 2/29/2024 5:45:33 PM | | I'm get some orders in out here too so I can see how I get u them 3 I owe u |
| 2/29/2024 10:16:00 PM | No wonder they be hitting tha packagers | |
| 2/29/2024 10:16:30 | Pa u don't do shi u jus throw it in dere soon as u open the toy u can see it | |
| 2/29/2024 10:17:04 PM | That shi way to simple nd easy pa I was like no way dis how los does it nd says "I did it very good this time" | |

FIGURE 7: Chat conversation between VILLALTA and Los



FIGURE 8: Photo sent by Los to VILLALTA

12

15. The charges against VILLALTA stemming from his arrest in Washington, D.C. by the Secret Service were dismissed. Based on a criminal history check, VILLALTA and two others were arrested in Wyoming County, New York, in January 2023 on charges of attempting to fill counterfeit prescriptions for controlled substances (codeine and promethazine syrup), along with related offenses. He pled guilty to some of those charges in July 2023. VILLALTA apparently is still on probation as a result of his conviction in Wyoming County.

16. Based on my training and experience and my participation in this and other fentanyl investigations, I know that individual fentanyl pills typically weigh about 0.1 gram. Based on the quantities of fentanyl pills discussed in the messages highlighted above, as well as the pills seized by law enforcement, there is probable cause to believe that VILLALTA has conspired to distribute in excess of 400 grams of fentanyl *(i.e.*, more than 4,000 fentanyl pills).

17. Based on the facts set forth above, I respectfully submit that there is probable cause to believe that, beginning in or about February 2024, and continuing to the present, in the Eastern District of Virginia and elsewhere, JOSE AMIR VILLALTA, also known as Meer and/or Slutty, conspired to distribute 400 hundred grams or more of a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841 and 846.

Respectfully submitted,

*Joseluis Felipe Ayala*
Joseluis Felipe Ayala
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on July, 1, 2024.

*William E. Fitzpatrick*
The Honorable William E. Fitzpatrick
United States Magistrate Judge

14